# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**DERRICK L. WILLIAMS,**  )
)
    Petitioner,  )
)
v.  )  Case No. 2:13-cv-00352-AKK-SGC
)
**STATE OF ALABAMA, et al.,**  )
)
    Respondents.  )

## ORDER

The magistrate judge filed a report on February 25, 2016, recommending: (1) the petitioner's claims challenging the process associated with the first-degree rape charge filed against him in 2005 and his arrest and detention by Wyoming authorities and extradition to Alabama be dismissed for lack of jurisdiction; (2) the petitioner's claims challenging the validity of his 2011 sex abuse conviction be denied as time-barred and procedurally defaulted; (3) the petitioner's challenge to the revocation of his probation in 2012 be dismissed as moot or denied as procedurally defaulted; (4) the petitioner's claims challenging his arrests in January 2012 and February 2014 from alleged ASORCNA violations be dismissed pursuant to the *Younger* abstention doctrine; (5) the petitioner's claims challenging the registration and other requirements of ASORCNA as applied to him be dismissed; and (6) that the petitioner's request for an evidentiary hearing and

transcripts of his state court proceedings be denied. Doc. 31. Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**DONE** the 30th day of June, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE